SVEA ERLANDSON, PETITIONER-RESPONDENT, v. MORRIS APRIL BROTHERS, RESPONDENT-PETITIONER.

On petition for certification to Superior Court, Appellate Division.

*Messrs. Meredith & Meredith* for the petitioner.

*Mr. Philip L. Lipman* for the respondent.

September 14, 1964. 

DAVID WEBB, JR., PLAINTIFF, v. STANKER AND GALETTO, INC., *ET ALS.*, DEFENDANTS-THIRD PARTY, PLAIN-TIFFS-PETITIONERS, v. EARTH MOVERS, INC., THIRD PARTY, DEFENDANT-RESPONDENT.

On petition for certification to Superior Court, Appellate Division.

See same case below: 84 *N. J. Super.* 178.

*Mr. Augustine A. Repetto* and *Mr. Ernest M. Curtis* for the petitioners.

*Messrs. Greenblatt & Greenblatt* for the respondent.